Janice **LAWYER**; Rebecca Thomas; Melissa Spencer; Nakia Purnell; Valerie Parker; Talisa Moore; Cheryl Moody; Mable Jones; Ella Hardy;

---

Joyce Godfrey; Lango Flanagan; Christina Eason; Carol Votzke; Ellen Densmore; Beatrice Dabney; Michele Chaney–Ward; Salie Barkley; Merci Armah; Tracy Anderson–Bailey; Terri Anderson; Tanzy B. Brown; Charmaine Smith; Amelia Pittman; Elveter Adams; Toni Cobbs; Tara O'Rourke; Rebecca Ann Dunn; Kevin Thompson; Tammy Terry; Helen Miller, Plaintiffs–Appellants,

v.

**VERIZON COMMUNICATIONS, INCORPORATED; Verizon Maryland, Incorporated; Verizon Washington, DC, Incorporated; Verizon Virginia, Incorporated; Verizon West Virginia, Incorporated; Verizon Services Corporation; Verizon Advanced Data, Incorporated; Verizon Avenue Corporation; Verizon Corporate Services Corporation, Defendants–Appellees.**

No. 10–1996.

United States Court of Appeals, Fourth Circuit.

Submitted: May 12, 2011.

Decided: May 27, 2011.

John Hermina, George Hermina, Hermina Law Group, Laurel, Maryland, for Appellants. M. Carter DeLorme, Kye D. Pawlenko, Jones Day, Washington, D.C., for Appellees.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs appeal the district court's order granting Defendants' Fed.R.Civ.P. 12(b)(6) motion to dismiss Plaintiffs' state law and Fair Labor Standards Act, 29 U.S.C.A. §§ 201–219 (West 1998 & Supp. 2010) claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Lawyer v. Verizon Commc'ns, Inc.,* No. 8:10–cv–01287–RWT (D.Md. July 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*